

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2023

No. 04-22-00805-CV

**UBER TECHNOLOGIES, INC.** and Rasier, LLC,
Appellants

v.

Brooks W. **BOENIG** and Bridget B. Connolly-Boenig,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI02105
Honorable Norma Gonzales, Judge Presiding

# O R D E R

In this accelerated appeal, on December 20, 2022, we advised Appellants that the trial court's handwritten notes indicating an intent to deny the defendants' motion to compel arbitration did not constitute a signed, appealable order. We abated the appeal and remanded the cause to the trial court for it to sign an order. We ordered Appellants to file a supplemental clerk's record with the trial court's signed order.

On January 6, 2023, a supplemental clerk's record was filed containing the trial court's December 20, 2022 order denying Appellants' motion to compel arbitration.

We REINSTATE this appeal and the appellate timetable. The reporter's record is due within TEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2023.



Michael A. Cruz,
Clerk of Court